PETER C. ANDERSON
UNITED STATES TRUSTEE
Frank M. Cadigan (Bar No. 095666)
Assistant U.S. Trustee
Ronald Reagan Federal Building &
United States Courthouse
411 West Fourth Street, Suite 7160
Santa Ana, CA  92701-8000
Telephone: (714) 338-3400
Facsimile: (714) 338-3421
Email:  frank.cadigan@usdoj.gov

FILED & ENTERED

APR 10 2019

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY duarte      DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

In re:

JOSEPH JOHN MUNOZ and
MARIA MUNOZ,

                    Debtors.

CASE NUMBER: 8:18-bk-14112-ES

CHAPTER 7

ORDER APPROVING SECOND STIPULATION
BY AND BETWEEN THE UNITED STATES
TRUSTEE, THE CHAPTER 7 TRUSTEE AND
DEBTORS BY AND THROUGH THEIR
RESPECTIVE ATTORNEYS OF RECORD TO
EXTEND THE DEADLINE FOR THE UNITED
STATES TRUSTEE AND THE CHAPTER 7
TRUSTEE TO FILE COMPLAINTS
OBJECTING TO DISCHARGE UNDER AND
PURSUANT TO 11 U.S.C. §727 AND F.R.B.P.
RULE 4004(b)(1)

[NO HEARING REQUIRED]

        The Court, having read and considered the Stipulation between the parties to extend the deadline

for the United States Trustee and Chapter 7 Trustee to object to the Debtors' discharge under and pursuant

to 11 U.S.C. §727 filed on April 9, 2019 [Docket #38], and for good cause shown:

        **IT IS ORDERED:**

        1.  The Stipulation is approved.

1

2.   The deadline for the United States Trustee and the Chapter 7 Trustee to object to the Debtors' discharge, under and pursuant to *11 U.S.C. §727*, and *F.R.B.P. 4004(b)(1)* is extended from the current deadline of May 20, 2019  to and including **August 20, 2019.**

###

Date: April 10, 2019

Erithe Smith
United States Bankruptcy Judge

2